Jeanice Ann SMITH, Appellant,

v.

Phillip Wayne SMITH, Respondent.

No. WD 42116.

Missouri Court of Appeals,
Western District.

March 20, 1990.

Rehearing Denied April 24, 1990.

John E. Chick, Jr., Kansas City, for appellant.

Larry D. Harman, Gladstone, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from order modifying dissolution decree.

Affirmed. Rule 84.16(b).